# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 393 WAL 2015
:
                 Respondent   :
:
                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court
             v.             :
:
:
JOSEPH GEORGE BASS,         :
:
                 Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue and Justice Wecht did not participate in the consideration or decision of this matter.